NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SONY CORPORATION,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2018-1173

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00835.

———————————

**JUDGMENT**

———————————

SCOTT ANTHONY MCKEOWN, Ropes & Gray LLP, Washington, DC, argued for appellant. Also represented by DOUGLAS HALLWARD-DRIEMEIER; HENRY HUANG, East Palo Alto, CA.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor. Also represented by THOMAS W. KRAUSE, ROBERT MCBRIDE.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 13, 2019          /s/ Peter R. Marksteiner
      Date          Peter R. Marksteiner
              Clerk of Court